IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2848 |
| | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| 1189 Actions Listed in Appendix A to Pretrial Order No. 458 | : | |
| | : | |
| | : | |

PRETRIAL ORDER NO. 458

AND NOW, this 6th day of December, 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants to dismiss the Group A cases (Doc. # 1082) identified in Appendix A to this Order is GRANTED.

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:  ZOSTAVAX (ZOSTER VACCINE  :   MDL NO. 2848
LIVE) PRODUCTS LIABILITY          :
LITIGATION                        :
_____   :   _____
```

APPENDIX A TO PRETRIAL ORDER NO. 458

| | |
|---|---|
| Mariana Abarta v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05095 | Kathryn Kershner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00585 |
| Loretta Abbo v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20200 | Phyllis Kidney v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20227 |
| Tina Ackerly v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20031 | Linda Kincaid v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02218 |
| Gloria Adams v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03869 | Virginia Kinchen v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20082 |
| Jo Ann Adams v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04401 | Anita King v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04049 |
| Leslie Adams v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06576 | William King v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03811 |
| Sandra Gayle Adkins v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00015 | Nancy Kirkpatrick v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04418 |
| Diane Aitken v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03932 | Bertha Kirsch v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20283 |
| Joan Akins v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20254 | Sharon Klutchko v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20304 |

Toni Albano v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20039

Margaret Albisano v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20046

Janice Alexander v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02990

Charles Allen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05986

Ruth Allen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01718

Robert Allender v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04690

Doretta Allison v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00002

Guadalupe Alvarez v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20055

Beverly Alvey v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02549

Patricia Ames v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00955

Dale Anderson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20049

Ethelyn Anderson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20171

Jason Knierim, Individually and as the Personal Representative of the Estate of Patricia Knierim v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20301

Keith Koestner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00220

Clara Kohlman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05686

Elizabeth Koski v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02626

Sharon Kostenbader v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20116

Matthew Kresge v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01559

John Kruczek v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20157

Virginia Kruczek v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05613

Coleen Kuehner v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05635

Tony Kupser v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20168

Geraldine Kyle v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05167

| | |
|---|---|
| Knoble Anderson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01519 | Linda Lafave v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04503 |
| Linda Anderson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03535 | Fabiola Lagrimas v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03940 |
| Linda Anderson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03552 | Sylvia Laguerra v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20003 |
| John Andrea v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20185 | Linda Lail v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06172 |
| Nadine Andres v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20297 | Dorthy Lain v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00691 |
| Dana Andrews v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04859 | Patricia Lakin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04853 |
| Jacqueline Andrews v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05614 | Donald Lambert v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05860 |
| Joseph Anemone v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20186 | Gwynne Lambert v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20243 |
| Irene Anrode v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20115 | Peggy Lambert v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00058 |
| Judith Antanavica v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-01678 | Cheryl Lamparella v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20230 |
| Linda Arch v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20126 | Delores Landers v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05663 |
| Delia Archuleta v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00611 | Frances Lane v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20239 |

| | |
|---|---|
| Doreen Arena v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04770 | James Laprairie v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03288 |
| Theresa Armstead v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20118 | Judy Laratta v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20076 |
| Selma Arnold v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03333 | James Larkner v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20054 |
| Jimmy Arrington v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00259 | Judy Larose v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04656 |
| James Atherton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06555 | Susan Larson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04601 |
| Doris Atkins v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03361 | Helen Lauters v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20083 |
| Lorna Atkinson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04276 | Irene Lawrence v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01560 |
| Deborah Augenti v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20160 | Susan Layton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03673 |
| Jo Autin v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20019 | Rosa Le Roy v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03428 |
| Annette Avila v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01520 | Roslynn League v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-5530 |
| Ellen Ayers v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04698 | Colleen Leahy v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01561 |
| Patricia Ayers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05627 | Joann Leavitt v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20285 |

Robert Bach v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04592

Glenda Edwards, as the Personal Representative and Executor of the Estate of Esther Bader v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20187

David Bailey v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01884

Joan Bailey v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04180

Bilinda Ray Baker v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02976

Lillie Baker v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20075

Nina Baker v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20124

Nannette Bakko v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04762

Stanley Baldwin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03384

David Bales v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03330

Antoinette Bambas v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04246

Dennis Lee v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04815

Etta Lee v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20048

Melanie Lee v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00411

Paula Lee v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05826

Paulette Lee v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05611

Reginald Lee v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20334

Mary Lemarr v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00462

Danny Lemoine v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20199

Brenda Lemons v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06243

Marjorie Lemster v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03704

Frank Lesher v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05697

Ann Levinson v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20249

Barbara Barber v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06089

Teresa Barber v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20276

Jerrie Bardwell v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20012

Barbara Barker v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20194

Carolyn Barnes v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20120

John Barrett v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20146

Delilah Basquez v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04696

Mitchel Bass v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20060

Rod Batchelor v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03316

Wilma Batten v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-20000

Robert Bauer, Individually and as Legal Representative of the Estate of Katherine Bauer v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-04544

Bernard Levitt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03565

Harold Lewis v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20220

Robin Lewis v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05610

Terrence Ley v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04861

Coralee Linder v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01389

Mary Linn v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20141

Jane Linsley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05163

Deborah Lipscomb v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04145

Linda Little (formerly Linda Friguglietti) v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04677

Michael Little v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01670

Claire Livingston v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03346

| | |
|---|---|
| Susan Beach v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03036 | Cynthia Llinas v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20155 |
| Rebecca Bean v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01779 | Delilah Lloyd v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20233 |
| Helen Beaty v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04038 | Nina Locicero-Scala v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03941 |
| Patsy Beaver v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20125 | Scarlett Lockhart v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03629 |
| Janet Bektashi v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20099 | Nancy Lockwood v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02862 |
| Vincent Belardo v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04390 | Valeria Logan v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03942 |
| Mary Ann Bell v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04331 | Bernice Lommasson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02843 |
| Vickie Bell v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20081 | Sharon Long v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05026 |
| Jerry Bennett v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01960 | Carmen Longoria v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03358 |
| Stephen Bera v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01732 | Pamela Looney v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00450 |
| Nancy Berger v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06118 | Josephine Loud v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20110 |
| Jerome Berkowitz v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20188 | William Loughery v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20294 |

| | |
|---|---|
| Joseph Bernet v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20189 | Elaine Luciano v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04600 |
| Alfred Berry v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01529 | Sally Lueck v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05166 |
| Lacy Berry v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01043 | Dewana Luengas v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05753 |
| Judy Bevilacqua v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04699 | Paul Lupo v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20112 |
| Frederick Bickleman v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20092 | Deborah Lusk v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20206 |
| Sarah Bierbrodt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04340 | Larry Luttrell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05646 |
| Charles Bird v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02751 | Susan Luxenburg v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01731 |
| Carolyn Birmantas v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20050 | Roger Lyddon v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20094 |
| Robert Bishop v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02521 | Joseph Lyons v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03945 |
| Catherine Bitterman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01489 | Ronald Lyons v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00005 |
| Mary Black v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01731 | Maryann Macaluso v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05301 |
| Susan Black v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02520 | Robert Mack v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03234 |

| | |
|---|---|
| Earl Blackstock v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20056 | Suzanne Mackler v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02464 |
| Dianne Blaine v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00206 | Sylvia Madden v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03733 |
| Kathy Blankenship v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20027 | Jim Maddox v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01561 |
| Wanda Blevins v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04816 | Moses Maestas v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05621 |
| James Blocher v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20057 | Sherry Magee v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00670 |
| Karen Bloodsworth v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00234 | Stephen Maher v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00571 |
| Randall Bloodworth v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02307 | Antonino Maida v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06194 |
| Ronald Bonini v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-05491 | William Maine v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04680 |
| Adrienne Booker v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20085 | Pamela Malachin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02977 |
| Roscoe Boose v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20103 | Ernest Malizia v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20235 |
| Janet Bothwell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01521 | Edith Malloy v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03810 |
| Jay Bowersox v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04784 | Dale Malone v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05147 |

| | |
|---|---|
| Alvin Bowler v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03336 | Terry Malovich v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20013 |
| Eileen Bowman v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20015 | Linda Malzahn v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02989 |
| Cindy Box v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20162 | Loran Manes v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01192 |
| Charles Boyer v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20163 | Alberta Mann v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03958 |
| Robert Bozzomo v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06578 | Ramona Mansker v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20014 |
| Elaine Braginton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20053 | Vickie Marcum v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04139 |
| Edna Brasier v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20028 | Steven Marks v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20113 |
| Margaret Bratina v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20158 | Ramonda Marling and Mischelle Williams, as Co-Executrixs for the Estate of John Marling (deceased) v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01483 |
| David Bray v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04926 | |
| Jeanette Breland v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20198 | Ann Marmoraine v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03355 |
| Kay Bridgham v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03783 | Tedi Charla Marsh v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01490 |
| Deborah Brinkmann v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04927 | Evelyn Marshall v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03141 |

| | |
|---|---|
| Desirea Brisbon v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00624 | Richard James Marshall v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03706 |
| Duane Britton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04851 | Thomas Martel v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00875 |
| Linda Brodeske v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20045 | Gerald Martin v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02234 |
| Michael Bronner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00603 | Patrick Martin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03684 |
| Paula Brooks v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20029 | Reta Martin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03800 |
| Ann Broughton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20020 | Tony Martinez v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00231 |
| Robbie Broussard v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20277 | Wanda Martinez v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20156 |
| Frances Brown v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05645 | Vicky Mashburn v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04596 |
| Mark Brown v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04635 | Margaret Mason v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02258 |
| Nancy Brown v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20078 | Joanne Masterson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02552 |
| Peggy Brown v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20040 | Robert Masucci v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20001 |
| Paulette Browne v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00041 | Joyce Mathis v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01094 |

| | |
|---|---|
| Elfriede Bruce v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02271 | Pamela Matthis v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02248 |
| Teresa Brumbaugh v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20147 | Diane Maurer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03178 |
| Georgiann Brumfield v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20044 | Joyce Mayberry v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20232 |
| Carolyn Bryant v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20078 | Robert Mayberry v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02040 |
| Pearl Bryant v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03948 | Mylene Mayes v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03285 |
| Vicki Bryant v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01688 | William Mazzei v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05057 |
| David Bryne v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03950 | Cheryl McBroom v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03400 |
| John Buist v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03775 | Patricia McCargar v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04406 |
| Jolayne Burch v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20111 | Johnny McClain v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00032 |
| Karen Burke v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03872 | Karla McClain v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05669 |
| Cynthia Burks v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01663 | James McClelland v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20026 |
| Katherine Burley v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00644 | Karen McCloskey v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20018 |

| | |
|---|---|
| Edward Burnett v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00758 | Betty McComic v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04575 |
| Marquis Burnett v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20030 | Patricia McConnell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01237 |
| Kittie Burnworth v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02493 | Pola McCorkle v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20093 |
| Brenda Burton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20082 | Louise McCowan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20021 |
| Jerroldine Burton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02650 | Peggy McCoy v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05536 |
| Nancy Burton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03264 | Donald McCullough v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20145 |
| Karn Busch v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05652 | Ginger McDaniel v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01674 |
| Andrew Bush v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03489 | Gwendolyn McDaniel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20083 |
| Jimmie Buster v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05205 | Richard McDonald v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20240 |
| Shirley Butler v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20131 | William Battle McDonald, Sr. v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03028 |
| Deborah Buys v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00915 | Evelyn McFall v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20330 |
| Sherron Byars v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00760 | |

| | |
|---|---|
| Ernest Byrd v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04224 | Marjorie McGaha v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20089 |
| Kelly Byrnes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20253 | Cindy McGhehey v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-03916 |
| Joyce Cager v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04603 | Ulysses McGill v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03894 |
| James Caggiano v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01825 | Garry McGinnis v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04841 |
| Brenda Cagle v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20104 | Roxanne McGowan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20084 |
| Clarence Cain v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20060 | Vicki McGowan v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03344 |
| Shirley Caldwell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20252 | Kelly McGraw-Martino v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05651 |
| Cynthia Calhoun v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01524 | Cynthia McKenna v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03469 |
| Gail Callahan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05040 | Patricia McKown v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20271 |
| Gayleen Callahan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02084 | Catherine McLaughlin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05699 |
| Barbara Callow v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03779 | Debbera McLaughlin v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00172 |
| James Michael Calt v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20177 | James McLaughlin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05547 |

Kathleen Calvert v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20019

Venus Calvert v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20245

Judy Cameruca v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00588

Carolyn Campbell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01475

Cecil Campbell v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20162

Patti Campbell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20069

Rosella Campbell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03875

John Cannon v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01525

Deborah Caracci v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05695

Wynnette Card v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06093

Joshua A. Carey, Individually and as Personal Representative for the Estate of Marietta Patricia Carey v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01522

Carolyn McLendon v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04806

Stephen W. McNair v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05982

Rosemary McNally v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05513

Janet McNeil v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03370

Marian McRae v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20001

Jacqueline McRight v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05426

Michelle McRight v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20319

Donna McRobbie v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00022

Darrell McSwain v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00218

Helaine Meadows v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05873

Pedro Rivera Melendez v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20011

Carolyn Mello v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20114

| | |
|---|---|
| Patricia Carlson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20102 | Robert Melton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02628 |
| Joel Carpenter v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20167 | Betty Melucci v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20019 |
| Bobby Carr v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20221 | Valerie Menzies v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04505 |
| Reecie Carter v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20203 | Susan Reed Merrill v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01187 |
| Shirley Cartright v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20065 | Robbie Merritt v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04720 |
| Baby Cartwright v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01528 | Alice Michael v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05161 |
| Dennis Carver v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00760 | Yvonne Michelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05636 |
| Rosemarie Case v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20191 | Robert Mickells v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00047 |
| Leslie Cash v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02811 | Lindia Middleton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00319 |
| Robyn Suhlman Individually and as Proposed Administrator for the Estate of Dorothy Cassidy v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01521 | Joyce Midkiff v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00049 |
| | Debra Mihalsky v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20099 |
| Larry Cassidy v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20041 | |
| | Bonnie Miller v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05397 |

Juan Castro v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01516

Brenda Cavanaugh v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20323

Edward Cederberg v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20073

Debra Cellmer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01792

Brian Chambers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05679

Estella Chambers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20211

Sherman Chambers v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02155

Mark Charles v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03793

Joyce Chicora v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20161

Christina Christopher v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05290

Kathleen Cirillo v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20061

Gary Clark v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05132

James Miller v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00681

Janice Miller v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20119

Margaret Ann Miller v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04334

Marilyn Miller v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20095

Paul Miller v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00596

Rose Mills v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03349

Clara Mitchell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00040

Laska Moak v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05651

Grant Mobley v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20076

Suzanne Moderhak v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05621

Paulette Moe v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01614

Rosalind Mohamed v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20116

| | |
|---|---|
| Shirley Clark v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20047 | Deborah Monnier v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03953 |
| Patricia Cleveland v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04433 | Barbara Moore v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05555 |
| Lawrence Cleveringa v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20156 | Donna Moore v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01231 |
| Stanley Cline v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00265 | Nancy Moore v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02824 |
| Willie Clinton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20044 | Pamela Moore v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03371 |
| Larry Clonch v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02277 | Wayne Moore v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20090 |
| Carol Cocciolone v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06052 | Elina Morales v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20034 |
| Laura Cochran v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20271 | Rosaline Moran v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04041 |
| Monique Cochran v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20163 | Debra Moreno v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20212 |
| Florence Cody v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01175 | Kathleen Morgan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00284 |
| Robert Coffey v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20131 | Lorna Moro v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03900 |
| Janice Cogar v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01534 | Diane Morris v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04692 |

Eleanor Cohen v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20246

Patrice Colamesta v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20111

Carolyn Cole v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20134

Paul A. Cole Jr. v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-04584

Mary Coleman v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-06193

David Collier v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20086

Connie Collins v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-02071

Wilma Collins v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20093

Jo Ann Colombe v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00333

Kaye Colon v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01830

Juan Colon-Valdez v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-03211

Elaine A. Colvin v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-06054

John Morris v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20274

Judith Morris v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20275

Nancy Morrow v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01562

Jean Morse v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20130

Ricky Moses v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20095

Rhoda Moziy v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20278

Judith Mulhair v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20080

Fannie Mundy v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20234

Linda Munger v. Merck & Co.,
Inc., et al., Civil ActionNo.
2:18-cv-20282

Bonnie Murray v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-05625

James Myers v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03020

Susan Mynatt v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00698

| | |
|---|---|
| Ellen Conner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03045 | Jacquelyn Nash v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20288 |
| Martha Conrad v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05201 | Ernestine Natoli v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20040 |
| Michael Contos v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04309 | Rhoda Neft v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20320 |
| Ann Conzelman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05274 | Arlene Nelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05164 |
| Carol Cook v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01535 | Nora Nelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04419 |
| Donna Cook v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00336 | Phyllis Nelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20104 |
| Elijah Cooper v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20306 | Ulysses Nelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03034 |
| Freda Cooper v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20072 | Grace Nero v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01143 |
| Patricia Cooper v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01536 | Imogene Newbrey v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20101 |
| Andy Cooperman v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00759 | Judy Newell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20175 |
| Emily Cornelison v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03334 | David Newton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05499 |
| Robert Cornelius v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04583 | Sharon Nicoll v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03791 |

| | |
|---|---|
| Susan Cottrill v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04506 | Kathleen Niemic v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20191 |
| Deborah Courtney v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05305 | Kerstin Nierenz v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04206 |
| Charles G. Covington v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03375 | Bernice Niesporek v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20128 |
| Jerry Cowan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01379 | Carl Ninaus v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20272 |
| Steven Cox v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00437 | Kathleen Noel v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04380 |
| Carolyn Crawford v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04815 | Jose Nunez v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00543 |
| Leroy Crawley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00016 | Helen Oatney v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03588 |
| Tracy Cremer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01537 | Linda Odess v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20211 |
| Anthony Cretacci v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20302 | Cindy Oetting v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06103 |
| Gloria Crevier v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20248 | Diane Ofner v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20064 |
| Scott Criddle v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01538 | Peggy Oiiler v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01687 |
| Judith Critz v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01546 | Margaret Olson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02211 |

Salvatore Croce v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20252

Julie Cross v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04504

Minnie Cross v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20196

Yvonne Cross v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03350

Wanda Crouse v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01539

Teresa Cunnington v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05277

Hiram Curtis v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20021

Patricia Cutillo v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20197

Sandra Cutshaw v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05858

Katherine Daigle v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03351

Stephen Daigle v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02841

Patricia D'Amico v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01540

David Oremus v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20021

Nancy Orth v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20291

Richard Ortiz v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20008

Lisa Osborn v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04570

Janet O'Shea v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20077

Sharon Ostrowski v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04639

Cathy D. Ott v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03817

Mary Outlaw v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20172

Bernard Packard v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01427

Julian Padgette v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06101

Rosa Pagan v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20272

Patrick Papas v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20276

Eleanor Darney v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-00473

Barbara Ann Parker v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-01118

Sherry Darwin v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04854

Susan Parker v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01941

Billie Davidson v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-20070

Sheila Parnther v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-01491

Michael Davies v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03325

Shawn Parrish v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-04578

Claudia Davis v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-06133

Jeanette B. Partain v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-02831

Elnora David v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01644

Barbara Passarelli v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-20094

Frances Davis v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20222

Mavis Patterson v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20284

Lee Davis v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-04638

Linda Patton v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20288

Marcella Davis v. Merck & Co.,
Inc., et al., Civil Action No.
2:22-cv-01219

Wanda Pauling v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-01482

Lawrence Dawes v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-04593

Claretha Paulk v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-04579

Alberto De La Pena v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-04266

Constance Payne v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-04312

James R. Deam v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-05612

Martha Peace v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20098

| | |
|---|---|
| Elizabeth Deaton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01188 | Shari Pearce v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00579 |
| Diana Deats-O'Reilly v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05862 | Marian Pechon v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20160 |
| Irma DeClue v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20021 | Lenda Pendleton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20070 |
| Connie Delk v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20062 | Deborah Perkins v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00002 |
| Margherita DeLustro v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20079 | Ignace Perrin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20190 |
| Esther Dengler v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01098 | Marvin Peterke v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20110 |
| Rebecca Dennett v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04571 | Judith Peters v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20284 |
| James Dennis v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20106 | Mertes Peterson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01164 |
| Jean Detlaff v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04594 | Claudia Petrello v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01876 |
| Ronald Detonnancourt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04655 | Janice Peyton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00944 |
| Harriet Devan v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20302 | Ngocmy Pham v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01565 |
| Victor Diaz v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03489 | Mary Phipps v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00654 |

Sandra Dick v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20268

Clarence Dicken v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20017

Wayne Dickerson v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20294

Anthony DiClemente v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05180

Richard Dingledy v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01676

Peggy Diss v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20074

Elaine Dittman v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20312

George Dodd v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06355

Donna Dodge v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20055

Melanie Dodge v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02060

Michael Dolenic v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20092

Thomas Dominski Sr. v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03947

Patricia Pierce v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03284

Kelly Pierga Individually and as Personal Representative of the Estate of Patricia Pierga v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20092

Leslie A. Pingel v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03902

William Pinkstaff v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20036

Mary Pizzica v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02343

Andrea Plechavicius v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01190

Thomas Polidori v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03707

Maureen Pons v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20290

Earl Poplars v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20068

Limon Poppell v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20204

Donna Porche v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00532

| | |
|---|---|
| Mary Donaldson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03777 | Jo Anna Porter v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05664 |
| Patricia Donnelly v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20018 | Lorraine Powell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03398 |
| Kay S. Dorance v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00587 | Sheila Powell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00593 |
| Dennis Dorgan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05678 | Julia Prahin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03850 |
| Mary Douglas v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20281 | Lillie Pratt v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20051 |
| Valdemarest Drake-Taylor v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00590 | Donna Preloger v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04615 |
| Myron Dudenbostel v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20303 | Carolyn E. Prentis v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20111 |
| Sally Duff v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05637 | Brenda Prichard v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20117 |
| George Durbin v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04586 | Sheila Prigmore v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03380 |
| Wynn Duvernay v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20036 | Ann Proctor v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06100 |
| Jesse Dyer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06478 | Karen Prorok v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03353 |
| Willard Dyess v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20238 | Hassie Pryor v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20100 |

| | |
|---|---|
| Maudie Eads v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20079 | Shelly Pryor v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02132 |
| Jane D. Earley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03352 | Edward Quagliata v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20179 |
| Peggy Easley v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00605 | Linda K. Quincy v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04339 |
| Gloria Eaton v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20128 | Helen Radel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01820 |
| Margaret Edel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04310 | Ralph Raiford v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20201 |
| Shara Edwards v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20098 | Dora Randall v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03345 |
| Diane Eisentrager v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00148 | Roger Randall v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00591 |
| Gary Elder v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00148 | Margaret Rankin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03387 |
| Michael Ellis v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02120 | Sharon Rankins v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03653 |
| Janet Elton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00052 | Steven Rapetti v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04856 |
| Mary Louise Emery v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06106 | Marsha Rapp v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04381 |
| Judith Endresen-Worthy v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20025 | Kenneth Rasmussen v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20066 |

| | |
|---|---|
| Joseph Engolia v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20167 | Sharon Rasnake v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20031 |
| Robert Enright v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05595 | Marc Rawitt v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20135 |
| Hugo Enriquez v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04678 | Barbara Rawls v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04244 |
| Rosemarie Ephlin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00150 | James Redden v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20146 |
| Nadine Erhart v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04881 | Adrian Reed v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03342 |
| Sarah Erkins v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20217 | Clarice Reed v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02830 |
| Cecilia Espinoza v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20287 | Fransca Reesen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03035 |
| Dorothy Esquilin v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20063 | Sandra Reeves v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04307 |
| Kaye Estes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04416 | Ronald Regan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03898 |
| Shirley Eubanks v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04605 | Philip Reina v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20048 |
| Darlene Evans v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20113 | Susan Reinhart v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03530 |
| Jennie Werner Evans v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01745 | Leonard Reiss v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20010 |

| | |
|---|---|
| Martha Everts v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20049 | Sondra Reiss v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20293 |
| Patricia H. Ezell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05630 | Mark Rennix v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00007 |
| Diane Fair v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04332 | Darla Rhodes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05648 |
| Bobbie Farley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03801 | Mark Rhodes v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04824 |
| James Farmer v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05616 | Robert Richins v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01086 |
| Richard Farmiglietti v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03803 | Suzan Riddell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03907 |
| Larry Farrington v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20037 | Christine Rider v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01174 |
| Janet Feasel v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04042 | Irene Rill v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01038 |
| Lillian Feinberg v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02214 | Carmen Rivera v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04576 |
| Jackie Feist v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20018 | Terry Robbins v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01568 |
| John Fening v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04274 | Charlotte Roberts v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03509 |
| Debra Ferguson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06171 | Diana Roberts v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20095 |

Lillie Ferguson v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-04572

Marilyn Ferguson v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-20019

Thomas Ferrerio v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-03394

Norma Fields v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20200

Marilyn Fierro v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01673

Virginia Fifield v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-01752

Adamilta Figueroa-Lerner v.
Merck & Co., Inc., et al.,
Civil Action No. 2:18-cv-20257

Gwyn Fish v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01544

Judy Fisher v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20168

Terri Fithen v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04048

Carol Fitzgerald v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-02087

Norma J. Fleming v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-04809

Kenneth Gary Roberts v. Merck
& Co., Inc., et al., Civil
Action No. 2:20-cv-02708

Laurann Robertson v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-03473

Linda G. Robertson v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-04781

Catherine Robinson v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-04864

Sandra Robinson v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-04313

Ruth Ester Rocha v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-04520

Victor Rodriguez v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-01528

Nancy Rogauskas v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-20025

Donna Rogers v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-05911

Joyce Ronemous v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03033

Dolores Rorech v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20295

Elizabeth Rork v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04061

| | |
|---|---|
| Bonnie Florentine v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03532 | Wanda Rosales v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20339 |
| Susan Flynn v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20123 | Jerry Neal Rose v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-05188 |
| David Fontaine v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20216 | Joan Ross v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03795 |
| Susan Fontenot v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06549 | Deborah Ross-Cole v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03360 |
| Phyllis Ford v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20079 | Janice Rounsville v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02914 |
| Darleen Foreman v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20052 | Marjorie Rowley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04880 |
| Shirley Francis v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04253 | Ardene Royster v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03997 |
| Linda Franklin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04517 | Marilyn Rubin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05916 |
| Carol Franson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20080 | Clifton Rucker v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20321 |
| Barbara Franzier v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04029 | Juan Ruiz v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20060 |
| Joyce Freeman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05452 | Linda Russ v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20243 |
| Patty Freeman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03510 | Rachel Ryles v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20081 |

Catherine Friend v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20097

Nancy Fritts v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20099

Minerva Frye v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20026

Alma Fuller v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02662

Barbara Fuller v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04182

Sue Fuller v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01545

James Gallagher v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20228

Judith Gallagher v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00461

Stephen Gallo v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03974

Donald Galloway v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20258

Dianne Gamble v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01981

Consuelo Garcia v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05279

Cecilia Sackett v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01307

Dorothy Safalow v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03157

Yvonne Saleme v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20297

Linda Salisbury v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04701

Gale Saltzgiver v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01100

Joy Sample v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04681

Aida Samson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05787

Lana Sandahl v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03402

Amy Sandberg v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01236

Jacob Sande v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20068

Carolyn Sanner v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20183

Gail Santoro v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20209

Lucinda Garcia v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03524

Jeane Garcia-Dorenne v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05628

Sheryl Gardner v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20210

Joan Garrett v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20013

Barbara Garrison v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05116

Tim Gartland v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20164

Steven Garton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01166

Randy P. Gaspard as Executor of the Estate of Pierre L. Gaspard, deceased v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv- 20033

Raymond Gaud v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04125

Janice Gautreaux v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05170

Joanna Gee v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02187

Gerald Sarnello v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00320

Kathleen Sauer v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01616

Bruce Edward Schaefer v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05547

Carol Schasel v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20298

Eleanor Schaul v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01571

Carolyn Schnickel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00511

Ruth Schmidli v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20169

Paul Schmidt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06370

Garry Schuemann v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20201

Joyce Schulte v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03472

Gloria Schultz v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20239

Lorene Schumacher v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03335

Mark Geisheker v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20042

Frederick Schunck v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03369

Alice Generally v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20037

Elaine Schwartz v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20014

Shirley George v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00814

Adrian Scott v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04321

Jean Ann Gering v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01969

Hattie Scott v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01092

Ingrid Gerlach v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20007

Lynne Scott v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01641

Beverly Gers v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03348

Susan Scott v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03408

Myra Gibson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03554

William Scott v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00607

Eileen Giddings v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01523

Sheri Scudder v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01572

Lawrence Giuliano v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01116

Robert Seabrooks v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20303

Judy Gladney v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01520

George Seale v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05689

Elizabeth Gladue v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04272

Inez Jean Seals v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01292

Howard Glassco v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20065

Mary Sebastiani v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00033

Thomas Gleason v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20139

Robert Glover v. Merck & Co.,
Inc., et al., Civil Action No.
2:22-cv-00761

Raymond Goad v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20189

Jimmy Godwin v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04922

Joann Martin Godwin v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-05169

Nona Godwin v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20264

Deborah Gordon v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04671

Stephen Earl Gorman v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-02216

Tammy Gose v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-01205

Philip Grace v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20031

Marion Graham v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20133

Sue Grams v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00643

Susan Sebilian v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02908

Margaret Secor v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02129

Steven Seefeldt v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-02408

Helena Seigman v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20035

Perry Sells v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20077

Candace Sentell v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-01850

Levina Serrano v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-00575

Emanuel Seyfert v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-02284

Karney Seymour v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20195

Diane Shapuras v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01574

Sheila Shea v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20281

Erica Sheid v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20277

| | |
|---|---|
| Ruth Granillo v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01547 | Peggy Shell v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20085 |
| Tommy Grantham v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05551 | Dolores Shemes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00753 |
| Joyce Grasby v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20260 | Lessie Shepard v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04581 |
| Thomas Graybeal v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06425 | Rachel Sheppo v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03913 |
| Connie Grayson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03399 | Char Sheridan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01575 |
| Rosemarie Greb v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01688 | Tony Shobert v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04780 |
| Charles T. Green v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05652 | Carol Short v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00003 |
| Terrance Green v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04198 | James Short v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04686 |
| Jane Greenawalt v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20054 | Gloria Shy v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20280 |
| Harriet Greenburg v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04814 | Joyce Sievers v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00545 |
| Janice Greene v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20071 | Jack Signorelli v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01185 |
| Mildred Greenwell v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20057 | Kathryn Sikkila v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00324 |

| | |
|---|---|
| Ethel M. Greer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03039 | Frank Simmons v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20112 |
| Ouida Gregory v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20033 | Theora Simmons v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04013 |
| Judith Grenier v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20010 | Peter Skumanich v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20286 |
| Pamela Gresham v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05155 | Paulann Slater v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01692 |
| Linda Griffin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04187 | Betina Sluss v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03363 |
| Robert Griffin v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20072 | David Smiddy v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03602 |
| Debbie Griffith v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02494 | Connie Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02126 |
| Weldon Griffith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04031 | Derek Smith v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20165 |
| Burleigh Grimes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20091 | Donevon Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01739 |
| Beverly Grondin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01609 | Jerry Smith v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20048 |
| Elizabeth Guberud v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20041 | Leroy Smith v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20116 |
| Debbie Guerrero v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20261 | Margaret Smith v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00872 |

Leisa Guiliano v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04998

Anita Guillotel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04819

Ronald Guse v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20096

Georgia Gustafson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03388

Delsie Gutierrez v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01486

Mary Lou Hagan as Executrix of the Estate of William Hagan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01549

Roxanne Haines v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03401

Arlene L. Halfon v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20105

Deborah Hall v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04679

Ellen Hall v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03253

Patricia Hall v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01550

Peggy Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05574

Rhonda Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04519

Ronni Kessler Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04866

Sheila Smith v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03809

Suzanne Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01333

Thomas Smithson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20059

Janis Smoot, Individually and as the Personal Representative of the Estate of Ernest Smoot v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05856

Judith Snyder v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20273

Malinda Snyder v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05027

William Spathelf v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20251

Sandra Speer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04624

Regina Hall v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04589

Wenda L. Hall v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04185

Joann Hallahan. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02752

Deborah Halle v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03282

Roland Halle v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20129

Anna Hallmark v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20053

Wilma Joann Hamilton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05245

Ruth Hammer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01656

Elton F. Hammond, III v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05875

Audrey Hancock v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20205

Gary Hanna v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20174

Raymond Hannan v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05160

Janice Spillers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20204

Estelle Spritzer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06062

Christine Squires v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01500

Rick Stamps v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04826

Carolyn Stanley v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01578

Ron Stansbarger v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04582

Cheryl Stark v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01146

Joyce Stedman v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20013

Susan Steig v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03531

Leah Steinberg v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03785

Rhonda Steinlauf v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20327

Judith Stevenson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03149

Lora Hanson v. Merck & Co.,
Inc., et al.,
Civil Action No. 2:19-cv-01518

Sam M. Hanson v. Merck & Co.,
Inc., et al.,
Civil Action No. 2:21-cv-20042

Lewis Harper v. Merck & Co.,
Inc., et al.,
Civil Action No 2:19-cv-20088

Cindy Harris v. Merck & Co.,
Inc., et al.,
Civil Action No. 2:19-cv-04813

Linda Watkins Harris v. Merck
& Co., Inc., et al., Civil
Action No. 2:20-cv-05296

Joyce Hart v. Merck & Co.,
Inc., et al.,
Civil Action No. 2:20-cv-01675

Rebecca Hart v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03386

Shirley Hartert v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-20073

Caroline Hatfield v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-02899

Shirley Hatten v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-01651

Karen Haugen v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04544

Leon Hayes v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00595

Barbara Stewart v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-04208

Georgia Stewart v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-20117

Rhonda Stigall v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03548

James Stiles v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20059

Karen Stiner v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03403

Susan Stockers v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-01567

Seth Stockholm v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20043

Barbara Stone v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-04542

Darlene Stone v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02333

Jeff Stone v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-00236

Jessie Stone v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-01087

Patrick Stone v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-03893

Carole B. Hays v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03468

John Stopyra v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-04034

Charlotte Hedlund v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-01844

Carol Storey v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04814

Miles Heitzenrater v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-02844

Joseph Strahan v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20333

Joyce Helman v. Merck & Co.,
Inc., et al.,
Civil Action No. 2:18-cv-20263

Chrissy Street v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-02665

Nancy Helmbrecht v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-03283

Mary Strickland v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-05535

Betty Helton v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20292

Elizabeth Stripling v. Merck &
Co., Inc., et al., Civil
Action No. 2:22-cv-01223

Debi Henderson v. Merck & Co.,
Inc., et al.,
Civil Action No. 2:19-cv-05741

Sharon Strohecker v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-06511

Joseph Henderson v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-04674

Nancy Strong v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-00237

Rodger Henderson v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20066

Robert Sullivan v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-20026

James F. Hendricks v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20185

Leo Summermatter v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20234

Robert Henneberry v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20208

Linda Sunderland v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-01696

Paul Leon Henry v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-02498

Amerigo Suriani v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-00042

| | |
|---|---|
| Robert R. Hergan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20109 | Paul Suszko v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01446 |
| Maria Hernandez v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04580 | Joanne Suzio v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00534 |
| Brenda Herrin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03937 | Mary Swalley v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05860 |
| Tony Herring v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03542 | Joe Sykes v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20034 |
| Stuart Hersh v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04199 | Annette Talley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01615 |
| Barbara Hession v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20219 | Wilbert Talmadge v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00692 |
| Gladys Heys v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04378 | Donald Tangredi v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04147 |
| Jonathan Lee Hickey v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03738 | Anthony Tankxley v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20071 |
| Edna Higgins v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20335 | Michele Tanner v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03348 |
| Howard R. Hill v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20286 | Dolores Taylor v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20025 |
| Marilyn Hill v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04896 | Myra Taylor v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02950 |
| Patricia Hill v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05596 | Linda Temple v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05531 |

Robert Hill v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01551

Ronald Hill v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04588

Wanda Sue Hill v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03354

David Himmerich v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00701

Patricia Hinckley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04200

Dickey Hines v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04858

Ann Hixson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20230

Juanita Hobbs v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00054

Teresa Hobbs v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00582

Elsie Hodupp v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03283

Nancy Hoenig v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02735

Nellie Hoff v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06503

Ora Terrell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03377

Jeanneen Terry v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20106

Kathleen Teti v. Merck & Co., Inc., et al., Civil Action No. 5:20-cv-03926

Marilyn Tharp v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20115

Shirley Tharp v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04210

Bernie Thomas v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00297

James E. Thomas v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00435

Marcia Thomas v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05539

Teola Thomas v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20066

Gail Thompson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01176

JoLynne Thompson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05208

Linda Thompson v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20224

Helen Hoffman v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20180

Sandra Hoffman v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01881

Dolores Holland v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-20123

Joanne Holland v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-01527

Tracy Holloway v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-06126

Herbert F. Holmes, Jr. v.
Merck & Co., Inc., et al.,
Civil Action No. 2:20-cv-02523

Nathaniel Holmes v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20197

Madelyn Holt v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-05647

Stephen Hopkins v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20264

Robert Hopper v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20103

Annette Horner v. Merck & Co.,
Inc., et al., Civil Action No.
5:21-cv-00473

Gordon Horton v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03328

Mary Thompson v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03382

Cynthia Tobias v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03383

Dale Todd v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-06134

Robert Tokar v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-02478

Thomas Tomlinson v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-01305

Beverly Hilt Tortora v. Merck
& Co., Inc., et al., Civil
Action No. 2:19-cv-03385

Ella Townsell v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20015

Laurier Trahan v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20222

Sandra Trapnese v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20064

Palma Treschan v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20143

Sarah Trevino v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20195

Carole Triplett v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20144

Walter Houston v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20074

Brenda Howard v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20121

Sherri Forrestall and Terri
Blackman, as surviving
children of Darlene Howard,
deceased v. Merck & Co., Inc.,
et al., Civil Action No. 2:19-
cv-02902

Juliette Howard v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-05944

Grace Howe v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-04621

Jacquelyn Huff v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03797

Sandra Hughes v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03035

Mackie J. Humphries v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-01631

Mary A. Huneycutt v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-04818

Jessica J. Hurt v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-05158

Howard Hutchison v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-05168

Nancy Trout v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-02076

Kathleen Trudeau v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-03349

Charles Turnbull v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20203

Lewis Turner v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-05470

Ouida Turner v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-05536

Debra Vandiver v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02876

Patricia VanHoose v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20058

Beulah Vanmeter v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20052

Patricia Vasicek v. Merck &
Co., Inc., et al., Civil
Action No. 2:22-cv-00466

Victoria Vaughn v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-00749

Elsa Vega v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20220

Betty Verhulst v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00581

Linda Huter v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20067

Glenda Inman v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-00747

Maryann Intagliata v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20182

Glenn Irwin v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04550

John Irwin v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02229

Nathan Ivory v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20033

Harvey Jackson v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-05588

Janet Jackson v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20242

Nora Jackson v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-03435

Shirley Jackson v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20247

Kenneth Jacobson v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20258

Linda Jacobson v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-05926

Joanne Vickers v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20207

Sylvia Videkovich v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-01220

Barbara Viglienvone v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20225

Thomas Vlcek v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-01426

Kristi Vollmer v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00602

Catherine Wade v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20219

Joyce Wade v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-05750

Evelyn Wagner v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20218

Linda S. Wagner v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-02058

Stephen Scott Waite v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-03732

Mary Waldroup v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20056

Candace Wallace v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-04315

| | |
|---|---|
| Judith James v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05687 | Joe Wallace v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20058 |
| Richard James v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04115 | Michele Waller v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03683 |
| Sharon James v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00413 | Dennis Walsh v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20097 |
| Cynthia Jamison v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20027 | Julius Waltzer v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20078 |
| Joanne Januzzi v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02692 | Marilyn Wanda v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00477 |
| Benjamin Jarrard v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05643 | Marjie Warner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04220 |
| Linda Jefferson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20337 | Arnette S. Washington v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20022 |
| Gene Jeffery v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04587 | Serena Washington v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03805 |
| Betty Jenkins v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05383 | Edward Waszak v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20265 |
| Debra Jennings v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00592 | Martha Watson v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20136 |
| Peggy Jensen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01181 | Linda Weicht v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05690 |
| Robert Jensen v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03381 | Ann Weiler v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02742 |

Damaris Jimenez v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20268

Catherine Johnson v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20300

Joseph Johnson v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-02937

Sherry Johnson v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02220

Tamera Johnson v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20282

Yolanda Johnson v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-05696

Bonnie Johnson-Fisk v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-04569

Douglas Johnston v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-20065

Barbara Jones v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02784

Ed Jones v. Merck & Co., Inc.,
et al., Civil Action No. 2:20-
cv-04145

Ethel Jones v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03619

Mike Jones v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20269

Sandra Wein v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-04270

Nellie Wells v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00035

Deborah Welton v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00016

Janet Welty v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20262

Rosalie Wenckoski v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20096

Eron West v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20259

Joyce White v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03393

Steve White v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02949

Tavia Whitehead v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-20096

Dorothy Whitten v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20290

Jacqueline Wilkins v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-04825

David Williams v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20084

| | |
|---|---|
| Dona Jones-Lane v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20050 | James I. Williams, Jr. v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20022 |
| Janet Jordan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01711 | Raymond Wilson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04828 |
| Michael Jukofsky v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05293 | Judy Wise v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01585 |
| Margaret Kachinski v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01407 | Linda L. Wolfstone v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04271 |
| Clarence Kaestner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01665 | Charlotte Wood v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00796 |
| Fred Kaiser v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20088 | Hugh Wood v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00328 |
| Nancy Kaiser v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00038 | Gary Woodruff v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01137 |
| Theodore Kalata v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03251 | Jean Wright v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20181 |
| Barbara Kane v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-4916 | Jonathan Wright v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05933 |
| Fred Kaplan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02716 | Marian Wright v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20119 |
| Jeanette Karadimos v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20098 | Olynda Wylie v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20138 |
| Davida Karp v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02124 | Laura Yarnell v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20110 |

| | |
|---|---|
| Larry Kassen v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20214 | Joseph Yepez v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20145 |
| Mary Kearney v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03516 | Wanda Yoachim v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03162 |
| Michael Keba v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01337 | Judy D. Yorio v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06298 |
| Theresa Keel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01633 | Jeannette Young v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01202 |
| Gerald Keesler v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03939 | Victoria Young v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05846 |
| Judy Kellar v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02463 | Kathleen Youngman v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03372 |
| Thomas Kellner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00011 | Mary Zaccanelli v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20045 |
| Dale Kellogg v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00004 | Ursula L. Zahnleiter v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03652 |
| Joye Kelly v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20012 | Mary Zeigenfuss v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05160 |
| Jeanette Keltz v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04123 | Josi Zendzian v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01515 |
| Inez Kenison v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03404 | Thomas Zentack v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20332 |
| Thomas Kennedy v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01042 | Patricia Zerfing v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01586 |

| | |
|---|---|
| Koval Kenneth v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01195 | Judi Ziebart v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01201 |
| Melissa Kent v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20011 | Robert Ziebell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00598 |
| Barbara Kerrigan v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20225 | Felip Zielinski v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20177 |
| William Zurn v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20181 | Tim Zike v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20091 |